UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
CONSTRUCTION BY A & H, INC. § Case No. 10-01872
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Roy Safanda _____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA, TRUSTEE | | | | | |
| ROY SAFANDA, TRUSTEE | | | | | |
| ROY SAFANDA | | | | | |
| PETER N. METROU | | | | | |
| PETER N. METROU | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I.U.B.A.C. 2140 Corporate Drive Addison, IL  60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | International Union Of Bricklayers Dowd, Bloch & Bennett 8 South Michigan Avenue, 19th Floor Chicago, IL 60603 | | | | | |
| | Thomas C. Cronin Cronin & Co., Ltd. 33 North Dearborn St., Suite 2350 Chicago, IL 60602 | | | | | |
| 000008B | AD DIST. COUNCIL I OF THE IUBAC | | | | | |
| 000001 | BRCKLAYERS & STONE MASONS BAC ANNUI | | | | | |
| 000002 | BRCKLAYERS & STONE MASONS BAC ANNUI | | | | | |
| 000009 | BRICK MASONS WELFARE FUND OF DUPAGE | | | | | |
| 000010 | BRICK MASONS WELFARE FUND OF DUPAGE | | | | | |
| 000003 | DISTRICT COUNCIL TRAINING CENTER FU | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | DISTRICT COUNCIL TRAINING CENTER FU | | | | | |
| 000006 | MASON & PLASTERERS PEN FND LCL 56, | | | | | |
| 000007 | MASON & PLASTERERS PEN FND LCL 56, | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008A | AD DIST. COUNCIL I OF THE IUBAC | | | | | |
| 000005 | LOCAL 56 ILLINOIS OF THE IUBAC | | | | | |
| 000011 | U S DEPARTMENT OF LABOR OSHA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No:  10-01872  MB  Judge: Manuel Barbosa   Trustee Name: Roy Safanda
Case Name:  CONSTRUCTION BY A & H, INC.   Date Filed (f) or Converted (c): 01/19/10 (f)
                                                                          341(a) Meeting Date: 02/22/10
For Period Ending: 01/23/12   Claims Bar Date: 07/22/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. A/R | 10,000.00 | Unknown | | 0.00 | Unknown |
| 2. Equip. | 5,000.00 | Unknown | | 0.00 | Unknown |
| 3. Residual (u) | 0.00 | 5,000.00 | | 10,540.01 | FA |
| 4. Preferences (u) | 0.00 | Unknown | | 10,461.49 | Unknown |

                                                                          Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $15,000.00   $5,000.00   $21,001.50   $0.00
                                                                          (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Avoidance actions being pursued.

Initial Projected Date of Final Report (TFR): 01/01/12   Current Projected Date of Final Report (TFR): 06/01/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-01872 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | CONSTRUCTION BY A & H, INC. | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9485  Checking Account |
| Taxpayer ID No: | *******3929 | | Old Account #'s: | 1: *******9485     2: |
| For Period Ending: | 01/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/10 | 3 | CT&T | Residual Pymt | 1129-000 | 5,400.00 | | 5,400.00 |
| 07/27/10 | 3 | Foxfield | Residual Pymt | 1129-000 | 5,140.01 | | 10,540.01 |
| 01/11/11 | 4 | Southfield | Avoidance | 1241-000 | 1,340.74 | | 11,880.75 |
| 01/21/11 | 4 | Farmers | Avoidance | 1241-000 | 1,120.75 | | 13,001.50 |
| 01/21/11 | 4 | Eden Stone | Avoidance | 1241-000 | 6,000.00 | | 19,001.50 |
| 01/28/11 | 4 | Horn Steel | Avoidance | 1241-000 | 2,000.00 | | 21,001.50 |
| 04/14/11 | 001001 | The Estate of Construction by A&H, Inc. | Transf. funds to Cap One | 9999-000 | | 21,001.50 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 21,001.50 | 21,001.50 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 21,001.50 | |
| Subtotal | | 21,001.50 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 21,001.50 | 0.00 | |

Page Subtotals    21,001.50    21,001.50

Ver: 16.05b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-01872 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | CONSTRUCTION BY A & H, INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7285 Checking Account |
| Taxpayer ID No: | *******3929 | | | |
| For Period Ending: | 01/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | Construction by A&H Inc. | Transf. funds to Cap One | 9999-000 | 21,001.50 | | 21,001.50 |
| 12/06/11 | 001001 | Roy Safanda, Trustee<br>111 East SideDrive<br>Geneva, IL 60134 | Trustee Fees/Expenses | | | 2,939.84 | 18,061.66 |
| | | | Fees 2,850.15 | 2100-000 | | | |
| | | | Expenses 89.69 | 2200-000 | | | |
| 12/06/11 | 001002 | Roy Safanda<br>Attorney for Trustee<br>111 East Side Drive<br>Geneva, IL 60134 | Attorney Fees/Exp. | 3110-000 | | 768.75 | 17,292.91 |
| 12/06/11 | 001003 | Peter N. Metrou<br>Metrou & Associates, PC<br>123 W. Washington St., Ste. 216<br>Oswego, IL 60543 | Special Counsel - Fees/Exp. | | | 4,912.29 | 12,380.62 |
| | | | Fees 4,875.00 | 3210-600 | | | |
| | | | Expenses 37.29 | 3220-610 | | | |
| 12/06/11 | 001004 | Brcklayers & Stone Masons<br>BAC Annuity Trst Fnd<br>c/o John V. Del Gaudio, Jr.<br>3533 Magnolia Dr.<br>Markham, IL 60428 | Final Dividend | 5800-000 | | 1,163.00 | 11,217.62 |
| 12/06/11 | 001005 | Brcklayers & Stone Masons<br>BAC Annuity Trst Fnd<br>c/o John V. Del Gaudio, Jr.<br>3533 Magnolia Dr.<br>Markham, IL 60428 | Final Dividend | 5800-000 | | 286.26 | 10,931.36 |
| 12/06/11 | 001006 | District Council Training Center Fund<br>c/o John V. Del Gaudio, Jr.<br>3533 Magnolia Dr. | Final Dividend | 5800-000 | | 81.41 | 10,849.95 |

Page Subtotals        21,001.50        10,151.55

Ver: 16.05b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-01872 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | CONSTRUCTION BY A & H, INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7285 Checking Account |
| Taxpayer ID No: | *******3929 | | | |
| For Period Ending: | 01/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/11 | 001007 | Markham, IL 60428<br>District Council Training Center Fund<br>c/o John V. Del Gaudio, Jr.<br>3533 Magnolia Dr.<br>Markham, IL 60428 | Final Dividend | 5800-000 | | 26.99 | 10,822.96 |
| 12/06/11 | 001008 | Mason & Plasterers Pen Fnd<br>Lcl 56, DuPage Cty, IL<br>c/o John V. Del Gaudio, Jr.<br>3533 Magnolia Dr.<br>Markham, IL 60428 | Final Dividend | 5800-000 | | 1,444.96 | 9,378.00 |
| 12/06/11 | 001009 | Mason & Plasterers Pen Fnd<br>Lcl 56, DuPage Cty, IL<br>c/o John V. Del Gaudio, Jr.<br>3533 Magnolia Dr.<br>Markham, IL 60428 | Final Dividend<br>58 | 5800-000 | | 418.90 | 8,959.10 |
| 12/06/11 | 001010 | Ad Dist. Council I of the IUBAC<br>c/o John V. Del Gaudio, Jr.<br>3533 Magnolia Dr.<br>Markham, IL 60428 | Final Dividend | 5800-000 | | 5,960.44 | 2,998.66 |
| 12/06/11 | 001011 | Brick Masons Welfare Fund<br>of DuPage County<br>c/o John V. Del Gaudio, Jr.<br>3533 Magnolia Dr.<br>Markham, IL 60428 | Final Dividend | 5800-000 | | 2,326.02 | 672.64 |
| 12/06/11 | 001012 | Brick Masons Welfare Fund<br>of DuPage County<br>c/o John V. Del Gaudio, Jr.<br>3533 Magnolia Dr.<br>Markham, IL 60428 | Final Dividend | 5800-000 | | 672.64 | 0.00 |

Page Subtotals 0.00 10,849.95

Ver: 16.05b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-01872 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | CONSTRUCTION BY A & H, INC. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7285  Checking Account |
| Taxpayer ID No: | *******3929 | | |
| For Period Ending: | 01/23/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 21,001.50 | 21,001.50 | 0.00 |
| Less: Bank Transfers/CD's | 21,001.50 | 0.00 | |
| Subtotal | 0.00 | 21,001.50 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 21,001.50 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********9485 | 21,001.50 | 0.00 | 0.00 |
| Checking Account - ********7285 | 0.00 | 21,001.50 | 0.00 |
| | 21,001.50 | 21,001.50 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 16.05b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)